251 So.2d 784

**STATE of Louisiana**

**v.**

**Kirksey McCord NIX, Jr., John C. Fulford, James R. Knight and Peter F. Mule.**

**No. 51709.**

Sept. 2, 1971.

In re: Kirksey McCord Nix, Jr., John C. Fulford, James R. Knight and Peter F. Mule applying for writs of certiorari.

Writ denied. The showing made is insufficient to justify the exercise of our supervisory jurisdiction.

■

251 So.2d 785

**STATE of Louisiana**

**v.**

**Alton DUCRE.**

**No. 51699.**

Sept. 13, 1971.

In re: Alfred E. Mitchell applying for writ of certiorari.

Writ denied. The applicant fails to make sufficient showing to warrant the exercise of our supervisory jurisdiction.